# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

William L. Bouchez

        vs.

                                        Case Number:   **08-1059**

Walker, et al.

 **DECISION BY THE COURT**. This action came before the Court. The issues have been heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of the defendants and against the plaintiff pursuant to Fed. R. Civ. P. 56. The parties are to bear their own costs.

                                 ENTER this 16th day of February, 2010

                                 PAMELA E. ROBINSON, CLERK

                                        <u>s/M. Bailey</u>
                                  BY: DEPUTY CLERK